MERRI DORETHA ELLISON
511 MARCUS L BUTLER DR
JACKSON, MS 39209

FORTIVA
P.O. BOX 790156
SAINT LOUIS, MO 63179

MS ASTHMA & ALLERGY CL
1513 LAKELAND DR
SUITE 101
JACKSON, MS 39216

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

GI ALLIANCE ANESTHESIA
P.O. BOX 201435
DALLAS, TX 75320

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON, MS 39202

ACIMA
9815 S MONROE ST
SANDY, UT 84070

GI ASSOCIATE & ENDO
106 HIGHLAND WAY
MADISON, MS 39110

NEW SOUTH NEUROSPINE
PO BOX 24537
JACKSON, MS 39225

CADENCE BANK
P.O. BOX 43467
BIRMINGHAM, AL 35243

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ONPATH FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 961
ROANOKE, TX 76262

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

LABCORP
PO BOX 2240
BURLINGTON, NC 27216-2240

TRUSTCARE HEALTH
PO BOX 14000
ATTN #24860Y
BELFAST, ME 04915-4033

ELITE PORTFOLIO
2200 N FRAZIER ST
STE 120 BOX 142
CONROE, TX 77301

MAGNOLIA FCU
ATTN: BANKRUPTCY
240 BRIARWOOD DR.
JACKSON, MS 39206

TRUSTMARK BANK
PO BOX 153
JACKSON, MS 39205

FAIR COLLECTIONS
ATTN: BANKRUPTCY
14400 SWEITZER LN #235
LAUREL, MD 20707

MEDSTAR HEALTH
PO BOX 411019
BOSTON, MA 02241

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

VERIZON
PO BOX 11328
SAINT PETERSB, FL 33733