UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                    Bankr. Case No. 26-00950

Merri Doretha Ellison                                                                    Chapter 13

        Debtor(s)

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN  55113-0011

BK Servicing, LLC

By  /s/ Stephanie Jones

Stephanie Jones, Agent
BK Servicing, LLC
PO Box 131265
Roseville, MN  55113-0011
651-366-6390
notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 20, 2026 :

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

By  /s/ Stephanie Jones, Agent
    Stephanie Jones

527022