Certificate Number: 17082-MSS-DE-041142547

Bankruptcy Case Number: 26-00950



17082-MSS-DE-041142547

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2026, at 9:07 o'clock AM MST, MERRI D ELLISON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 27, 2026          By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director