United States Bankruptcy Court

Southern District of Mississippi

In re:

Merri Doretha Ellison
  Debtor

Case No. 26-00950-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: n031 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Merri Doretha Ellison, 511 Marcus L Butler Dr, Jackson, MS 39209-5331 |
| 5648273 | + | Elite Portfolio, 2200 N Frazier St, Ste 120 Box 142, Conroe, TX 77303-1980 |
| 5648276 | + | GI Alliance Anesthesia, P.O. Box 201435, Dallas, TX 75320-1435 |
| 5648284 | + | MS Asthma & Allergy Cl, 1513 Lakeland Dr, Suite 101, Jackson, MS 39216-4829 |
| 5648285 | + | MS Sports Medicine, 1325 E Fortification, Jackson, MS 39202-2499 |
| 5648286 | + | New South Neurospine, PO Box 24537, Jackson, MS 39225-4537 |
| 5648290 | | Trustcare Health, PO BOX 14000, Attn #24860Y, Belfast, ME 04915-4033 |
| 5648291 | + | Trustmark Bank, PO Box 153, Jackson, MS 39205-0153 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5648268 | + | Email/Text: bankruptcy@acima.com | Jul 07 2026 19:54:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5677308 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 19:59:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5675020 | | Email/Text: notices@bkservicing.com | Jul 07 2026 19:54:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5648269 | + | Email/Text: bankruptcy.dept@cadencebank.com | Jul 07 2026 19:54:00 | Cadence Bank, P.O. Box 43467, Birmingham, AL 35243-0467 |
| 5648270 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 20:09:30 | Citibank, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5648271 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2026 19:54:00 | Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5648272 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2026 19:58:52 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5648274 | + | Email/Text: bankruptcy@fco.com | Jul 07 2026 19:53:00 | Fair Collections, Attn: Bankruptcy, 14400 Sweitzer Ln #235, Laurel, MD 20707-3006 |
| 5648275 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 07 2026 19:53:00 | Fortiva, P.O. Box 790156, Saint Louis, MO 63179-0156 |
| 5648277 | + | Email/Text: bankruptcy@gi.md | Jul 07 2026 19:54:00 | GI Associate & Endo, 106 Highland Way, Madison, MS 39110-6929 |
| 5667177 | + | Email/Text: gbechakas@outlook.com | Jul 07 2026 19:53:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5648279 | + | Email/Text: ebone.woods@usdoj.gov | Jul 07 2026 19:54:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

| | | | |
|---|---|---|---|
| 5648278 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2026 19:53:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5669166 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 07 2026 19:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5685436 | ^ MEBN | Jul 07 2026 19:52:04 | John S. Simpson, Esq., Simpson Law Firm PA, Attorney for Magnolia Federal Credit Uni, P.O. Box 2058, Madison, MS 39130-2058 |
| 5648280 | Email/Text: customerservice.us@klarna.com | Jul 07 2026 19:53:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5648281 | Email/Text: govtaudits@labcorp.com | Jul 07 2026 19:53:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5677307 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 19:58:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5648283 | Email/Text: Bankruptcy@medstar.net | Jul 07 2026 19:53:00 | Medstar Health, PO Box 411019, Boston, MA 02241 |
| 5648282 | Email/Text: rboone@simpsonlawfirm.net | Jul 07 2026 19:54:00 | Magnolia Federal Credit Union, c/o Simpson Law Firm PA, P O Box 2058, Madison MS 39130-2058 |
| 5648287 | ^ MEBN | Jul 07 2026 19:52:08 | OnPath Federal CU, Attn: Bankruptcy, Po Box 961, Roanoke, TX 76262-0961 |
| 5651174 | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2026 19:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5668387 | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2026 19:54:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5648288 | + Email/Text: Tracey@sra-inc.net | Jul 07 2026 19:54:00 | Smith, Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5648289 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 19:58:57 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5662952 | Email/Text: bankruptcynotices@trustmark.com | Jul 07 2026 19:53:00 | Trustmark Bank, P.O. Box 291, Jackson, MS. 39205 |
| 5685598 | + Email/Text: bankruptcy@huntington.com | Jul 07 2026 19:54:00 | The Huntington National Bank, Bankruptcy Department, PO Box 89424, Cleveland OH 44101-6424 |
| 5648292 | + Email/Text: Bankruptcies@umc.edu | Jul 07 2026 19:54:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5648293 | ^ MEBN | Jul 07 2026 19:52:19 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5648294 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 07 2026 19:53:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |
| 5681228 | + Email/PDF: ebn_ais@aisinfo.com | Jul 07 2026 19:58:51 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Magnolia Federal Credit Union |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| 5675287 | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

District/off: 0538-3                     User: mssbad                              Page 3 of 3
Date Rcvd: Jul 07, 2026                  Form ID: n031                       Total Noticed: 39
TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| John S. Simpson | on behalf of Creditor Magnolia Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Merri Doretha Ellison trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−00950−JAW
**Chapter:** 13

**In re:**

Merri Doretha Ellison
aka Merri D Ellison
511 Marcus L Butler Dr
Jackson, MS 39209

<u>Notice of Entry of Order Confirming Plan</u>

The Court entered an Order on July 7, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| <u>Jackson Office:</u> | <u>Gulfport Office:</u> |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: July 7, 2026                                    Danny L. Miller, Clerk of Court