# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Merri Doretha Ellison**                                                      Case No.  **26-00950**
                                                  Debtor(s)            Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **August 4, 2026**                          **/s/ Merri Doretha Ellison**
                                                      **Merri Doretha Ellison**
                                                      Signature of Debtor

MERRI DORETHA ELLISON
511 MARCUS L BUTLER DR
JACKSON, MS 39209

GI ALLIANCE ANESTHESIA
P.O. BOX 201435
DALLAS, TX 75320

MS ASTHMA & ALLERGY CL
1513 LAKELAND DR
SUITE 101
JACKSON, MS 39216

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

GI ASSOCIATE & ENDO
106 HIGHLAND WAY
MADISON, MS 39110

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON, MS 39202

ACIMA
9815 S MONROE ST
SANDY, UT 84070

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

NEW SOUTH NEUROSPINE
PO BOX 24537
JACKSON, MS 39225

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

OFFICE OF TAX & REV***
PO BOX 96384
WASHINGTON, DC 20090-6384

COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

QUANTUM3 GROUP LLC
P.O. BOX 788
KIRKLAND, WA 98083

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

LABCORP
PO BOX 2240
BURLINGTON, NC 27216-2240

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

ELITE PORTFOLIO
2200 N FRAZIER ST
STE 120 BOX 142
CONROE, TX 77301

MAGNOLIA FCU
ATTN: BANKRUPTCY
240 BRIARWOOD DR.
JACKSON, MS 39206

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

FAIR COLLECTIONS
ATTN: BANKRUPTCY
14400 SWEITZER LN #235
LAUREL, MD 20707

MEDSTAR HEALTH
PO BOX 411019
BOSTON, MA 02241

TRUSTCARE HEALTH
PO BOX 14000
ATTN #24860Y
BELFAST, ME 04915-4033

FORTIVA
P.O. BOX 790156
SAINT LOUIS, MO 63179

MERCEDES-BENZ FINANCIA
ATTN: BANKRUPTCY
PO BOX 961
ROANOKE, TX 76262

TRUSTMARK BANK
PO BOX 153
JACKSON, MS 39205

```
UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

VERIZON
PO BOX 11328
SAINT PETERSB, FL 33733
```