**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Merri Doretha Ellison, Debtor**                    Case No. 26-00950-JAW
                                                                                                    **CHAPTER 13**


**<u>NOTICE</u>**


Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.
**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss
them with your attorney, if you have one in this bankruptcy case.  (If you do not have an
attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your
views on the Motion, then on or before 30 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court
will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not
oppose the relief sought in the motion and may enter an order granting that relief, which shall
sustain this Motion to Modify Plan.

Date: August 11, 2026            Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                                    Jennifer Ann Curry Calvillo (MSBN 104367)
                                                                    The Rollins Law Firm, PLLC
                                                                    P.O. Box 13767
                                                                    Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Merri Doretha Ellison, Debtor                    Case No. 26-00950-JAW
                                                                                    **CHAPTER 13**

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1.  Debtor commenced this case on April 6, 2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  The Debtor's Chapter 13 Plan was confirmed on July 7, 2026 (Dk #24).

3.  After confirmation, the Debtor amended Schedule E to add the Office of Tax and Revenue as a creditor.

4.  Debtor seeks to modify the confirmed Plan to provide for payment of the debt owed to the Office of Tax and Revenue.

5.  Except as expressly modified herein, all other terms of the Confirmed Plan should remain unchanged and in full force and effect.

6.  Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on August 11, 2026, to:


By USPS First Class Mail, Postage Prepaid:

Office of Tax and Revenue
PO Box 96384
Washington, DC 20090-6384

By Electronic CM/ECF Notice:

Chapter 13 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.