**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Merri Doretha Ellison, Debtor** **Case No. 26-00950-JAW**
**CHAPTER 13**

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #29), the Court, having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. The confirmed Plan shall be modified to provide for payment of the debt owed to the Office of Tax and Revenue. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR