**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Merri Doretha Ellison, Debtor** **Case No. 26-00950-JAW**
**CHAPTER 13**

**NOTICE**

Debtor has filed papers with the court to incur new debt *nunc pro tunc*.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: October 16, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Merri Doretha Ellison, Debtor** **Case No. 26-00950-JAW**
**CHAPTER 13**

## MOTION TO INCUR NEW DEBT *NUNC PRO TUNC*

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt *nunc pro tunc*, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 04/06/2026.
2. Debtor is paying approximately 100% to General Unsecured Debts through the plan.
3. On October 2, 2026, the Debtor obtained a loan from Mutual Federal Credit Union in the total amount of $547.00, inclusive of finance charges, for the purpose of repairing her vehicle and paying charges for rental car while the vehicle was being repaired.
4. At the time the loan was obtained, the Debtor was facing the immediate loss of necessary transportation required for employment. She could not reasonably wait for Court approval without risking interruption of income. The repair and resulting borrowing were necessary to preserve the Debtor's ability to maintain employment and continue funding the Chapter 13 plan.
5. Debtor respectfully requests that this Honorable Court approve the loan *nunc pro tunc*.
6. The repayment terms of the loan are reasonable and manageable within the Debtor's current budget. She will pay this obligation directly to the lender pursuant to the terms of the Loan Agreement.
7. Approval of this post-petition borrowing will not result in any meaningful prejudice to creditors, as the obligation is necessary for the Debtor to maintain income and continue performance under the Chapter 13 plan.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Incur New Debt *Nunc Pro Tunc* was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Merri Doretha Ellison

CASE NO: 26-00950-JAW

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 10/19/2026, I did cause a copy of the following documents, described below,

Motion and Notice to Incur New Debt

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/19/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Merri Doretha Ellison

CASE NO: 26-00950-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/19/2026, a copy of the following documents, described below,

Motion and Notice to Incur New Debt

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/19/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

MERRI DORETHA ELLISON
511 MARCUS L BUTLER DR
JACKSON, MS 39209

FORTIVA
P.O. BOX 790156
SAINT LOUIS, MO 63179

MS ASTHMA & ALLERGY CL
1513 LAKELAND DR
SUITE 101
JACKSON, MS 39216

GI ALLIANCE ANESTHESIA
P.O. BOX 201435
DALLAS, TX 75320

MS SPORTS MEDICINE
1325 E FORTIFICATION
JACKSON, MS 39202

ACIMA
9815 S MONROE ST
SANDY, UT 84070

GI ASSOCIATE & ENDO
106 HIGHLAND WAY
MADISON, MS 39110

NEW SOUTH NEUROSPINE
PO BOX 24537
JACKSON, MS 39225

CADENCE BANK
P.O. BOX 43467
BIRMINGHAM, AL 35243

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101

ONPATH FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 961
ROANOKE, TX 76262

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

LABCORP
PO BOX 2240
BURLINGTON, NC 27216

TRUSTCARE HEALTH
PO BOX 14000
ATTN #24860Y
BELFAST, ME 04915

ELITE PORTFOLIO
2200 N FRAZIER ST
STE 120 BOX 142
CONROE, TX 77301

MAGNOLIA FCU
ATTN: BANKRUPTCY
240 BRIARWOOD DR.
JACKSON, MS 39206

TRUSTMARK BANK
PO BOX 153
JACKSON, MS 39205

FAIR COLLECTIONS
ATTN: BANKRUPTCY
14400 SWEITZER LN #235
LAUREL, MD 20707

MEDSTAR HEALTH
PO BOX 411019
BOSTON, MA 02241

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530

**VERIZON**
**PO BOX 11328**
**SAINT PETERSB, FL 33733**