**Fill in this information to identify the case:**

Debtor 1 Merri Doretha Ellison

Debtor 2 (Spouse, if filing) ______________________

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number 26-00950

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** The Huntington National Bank

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 5 6

**Date of payment change:** 12 / 01 / 2026
Must be at least 21 days after date of this notice

**New total payment:** $ 729.26
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______________________

**Current escrow payment:** $ 0.00 **New escrow payment:** $ 413.96

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______________________

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $________ or
- $________

Debtor 1 Merri Doretha Ellison
First Name Middle Name Last Name

Case number *(if known)* 26-00950

**Amount of next payment (including reconciliation amount)** $_______

**Amount of the new payment thereafter (without reconciliation amount)** $_______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Maddie Hamilton
Signature

Date 11 / 6 / 2026

Print: Maddie Hamilton
First Name Middle Name Last Name

Title Bankruptcy Specialist II

Company The Huntington National Bank

Address 5555 Cleveland Ave
Number Street

Columbus OH 43231
City State ZIP Code

Contact phone (888) 632 – 5547

Email bankruptcy@huntington.com

**THE HUNTINGTON NATIONAL BANK**
3 CASCADE PLAZA CAS55
AKRON OH 44308

**Huntington**

October 23, 2026

0000004 HAROLD J BARKLEY JR
PO BOX 4476
JACKSON, MS, 39296

RE: Loan Number
Arcene Ellison
511 Marcus L Butler Dr
Jackson MS 39209-5331
Bankruptcy Case: 26-00950

In accordance with RESPA requirements, this letter is being sent to advise you to change your records to reflect a payment change on the above referenced loan. The new monthly post-petition payment will be $ 729.26, effective with the December, 2026 payment.

The change is due to an increase or decrease in the escrow requirements.

If you should have any questions or need additional information, please call me at 1-888-632-5547.

Thank you for your cooperation.

Sincerely,

Bankruptcy Department
Huntington Mortgage
1-888-632-5547

**Access your mortgage loan information**
**www.huntington.com**

## Escrow Account Disclosure Statement

Huntington
5555 Cleveland Ave. GW1N08
Columbus, OH 43231

### Annual Escrow Analysis

Loan Number:
Date: 10/23/2026

Customer Service: 1-800-323-4695

ARCENE ELLISON
PO BOX 10203
JACKSON MS 39289-0203

At least once every 12 months, Huntington reviews the amount of taxes, insurance and Mortgage Insurance, (if applicable), paid from your escrow account. The review, called an Escrow Account Analysis, determines if the expense for any of the items included in the review has increased or decreased from the prior year. If there was an increase or decrease, your monthly escrow payment will be adjusted. Huntington may review your escrow account more often as needed.

## Mortgage Payment

**New Monthly Payment Amount: $729.26**

**New Payment Effective: December 1, 2026**

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 315.30 | 315.30 |
| MONTHLY ESCROW PAYMENT | 0.00 | 192.87 |
| MONTHLY SHORTAGE/DEFICIENCY | 0.00 | 221.09 |
| TOTAL PAYMENT | 315.30 | 729.26 |

* If Huntington debits your monthly payment through our automated payment service, your draft amount will automatically be adjusted. If you use another bill pay service, you will need to change your payment amount to the new one shown here.
• Your shortage/deficiency will be spread over a 12 month period. Effective 12/01/26, your payment will be $729.26.
• If you would like to discuss alternatives to spreading your shortage over 12 months, please call us at 1-800-323-4695.

## Projections for the Coming Year

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

| MO/YR | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | CURRENT BAL PROJECTION | |
|---|---|---|---|---|---|
| STARTING ESCROW BALANCE | | | | 1,495.89- | Assumed Activity thru 11/26 |
| DEC 26 | 192.87 | 0.00 | PAYMENT | 1,303.02- | |
| JAN 27 | 192.87 | 0.00 | PAYMENT | 1,110.15- | |
| FEB 27 | 192.87 | 0.00 | PAYMENT | 917.28- | |
| MAR 27 | 192.87 | 0.00 | PAYMENT | 724.41- | |
| APR 27 | 192.87 | 0.00 | PAYMENT | 531.54- | |
| MAY 27 | 192.87 | 0.00 | PAYMENT | 338.67- | |
| JUN 27 | 192.87 | 0.00 | PAYMENT | 145.80- | |
| JUL 27 | 192.87 | 2,314.45- | HAZARD INS | 2,267.38- | *Low point (b) |
| AUG 27 | 192.87 | 0.00 | PAYMENT | 2,074.51- | |
| SEP 27 | 192.87 | 0.00 | PAYMENT | 1,881.64- | |
| OCT 27 | 192.87 | 0.00 | PAYMENT | 1,688.77- | |
| NOV 27 | 192.87 | 0.00 | PAYMENT | 1,495.90- | |
| TOTALS | 2,314.44 | 2,314.45- | | | |

- Mortgage Insurance, if any, is not included in the required low point calculation.
- Your ending balance from the last month of the account history is ($1,495.89), your starting balance according to this analysis should be $1,157.23.
- **This means you have a shortage/deficiency of $2,653.12. It will be spread over 12 months.**
- **"Deficiency" refers to any negative balance in your escrow account. "Shortage" refers to the amount by which your escrow balance is less than the target balance at the time of your escrow analysis.**

## Determining Your Escrow Shortage/Surplus

| | | |
|---|---|---|
| (b) Projected Low Point Calculation | -2,267.38 | *when your escrow balance is at its lowest point (see above) |
| (c) Required Cushion | 385.74 | |
| ESCROW SHORTAGE/DEFICIENCY | -2653.12 | |

- Under RESPA/Federal law, we are allowed to maintain a (2) month cushion within your escrow account.
- If the projected low point calculation (b) is less than the required cushion (c), you have a shortage.
- If the projected low point calculation (b) is more than the required cushion (c), you have a surplus.

We intentionally left this space blank.

REPRESENTATION OF PRINTED DOCUMENT

## YOUR NEW MONTHLY PAYMENT FOR THE COMING YEAR

Effective 12/01/26

| | |
|---|---|
| PRINCIPAL/INTEREST | 315.30 |
| MONTHLY ESCROW PAYMENT | 192.87 |
| MONTHLY SHORTAGE/DEFICIENCY | 221.09 |
| TOTAL PAYMENT | 729.26 |

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## ACCOUNT HISTORY

LOAN NUMBER: DATE: OCTOBER 23, 2026

**This statement itemizes the actual escrow account transactions since your previous analysis statement or initial disclosure and covers the period from 06/01/26 through 11/30/26. The projections from your previous escrow analysis are to the left of the actual payments and disbursements. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred.**

**Your monthly mortgage payment for the past period was $541.00, of which $315.30 was for principal and interest, and $187.48 went into your escrow account.**

**An asterisk (*) indicates a difference in either the amount or date of the payment. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.**

Last year, we anticipated that payments from your account would be made during this period equaling $2,249.86.

Under Federal law, your lowest monthly balance should not have exceeded $374.96, or 1/6 of anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount.

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | 2,062.38 | 589.24 |
| JUN | 187.48 | 0.00 | 0.00 | 0.00 | | 2,249.86 | 589.24 |
| JUL | 187.48 | 0.00 | 0.00 | 0.00 | | 2,437.34 | 589.24 |
| AUG | 187.48 | 0.00 * | 2,249.86 | 0.00 | HAZARD INS | 374.96 * | 589.24 |
| SEP | 187.48 | 0.00 | 0.00 | 0.00 | | 562.44 | 589.24 |
| OCT | 187.48 | 191.10 * E | 0.00 | 2,314.45 * | HAZARD INS | 749.92 | 1,534.11- * |
| NOV | 187.48 | 38.22 * E | 0.00 | 0.00 | | 937.40 | 1,495.89- |
| DEC | 187.48 | 0.00 | 0.00 | 0.00 | | 1,124.88 | 1,495.89- |
| JAN | 187.48 | 0.00 | 0.00 | 0.00 | | 1,312.36 | 1,495.89- |
| FEB | 187.48 | 0.00 | 0.00 | 0.00 | | 1,499.84 | 1,495.89- |
| MAR | 187.48 | 0.00 | 0.00 | 0.00 | | 1,687.32 | 1,495.89- |
| APR | 187.48 | 0.00 | 0.00 | 0.00 | | 1,874.80 | 1,495.89- |
| MAY | 187.48 | 0.00 | 0.00 | 0.00 | | 2,062.28 | 1,495.89- |
| TOTAL | 2,249.76 | 229.32 | 2,249.86 | 2,314.45 | | | |

**Important Bankruptcy Information**

If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

Huntington
Banking. Investments. Insurance.

IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

| | |
|---|---|
| IN RE: | Case No. 26-00950 |
| Merri Doretha Ellison | Chapter 13 |
| Debtor(s) | |

CERTIFICATE OF SERVICE

The Huntington National Bank states and certifies that on November 6, 2026, it served a true and correct copy of the Notice of Payment Change with attachments and this Certificate of Service, to be served upon the parties named below through U.S. Mail or by electronic notification via the Court's CM/ECF system:

VIA US MAIL:
Merri Doretha Ellison: 511 Marcus L Butler Dr. Jackson, MS 39209

VIA ELECTRONIC NOTICE THROUGH ECF:
- Attorney: Thomas Carl Rollins, Jr - Email: trollins@therollinsfirm.com
- Trustee: Harold J. Barkley, Jr. – Email: Email: HJB@HBarkley13.com

Dated: November 6, 2026

Respectfully Submitted,

/s/ Maddie Hamilton

Bankruptcy Specialist
Huntington National Bank
P.O. Box 89424 OPC856
Cleveland, OH 44101
Contact Phone: 888-632-5547
Contact email: bankruptcy@huntington.com